

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-07-00292-CR

**ROBERT MICHAEL STORY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. F40659**

_____

## MEMORANDUM OPINION

_____

Robert Story, pro se, appeals from his plea-bargained conviction of aggravated robbery. The Clerk of this Court warned Story that because the trial court noted on the certification of defendant's right of appeal that he had no right of appeal, the Court may dismiss the appeal unless, within 21 days, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006). Story asserts in his response that he pled guilty because of

ineffective assistance of counsel and that he was not admonished on the full range of punishment.

The Clerk further warned Story that the Court may dismiss his appeal because his notice of appeal was not timely filed. The date of the judgment of conviction is May 7, 2007. Story's notice of appeal was filed on September 17, 2007 and was thus untimely. *See* TEX. R. APP. P. 26.2(a)(1) (providing that notice of appeal must be filed within 30 days after date sentence imposed or 30 days after entry of appealable order). Story's response does not address his untimely notice of appeal. Because the notice of appeal is untimely, we lack jurisdiction over Story's appeal and dismiss it for lack of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed October 17, 2007
Do not publish
[CR25]